# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERIBERTO AVILA, JR., | Case No. 1:17-cv-01581-LJO-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO |
| v. | PROCEED IN FORMA PAUPERIS |
| CITI MORTGAGE, INC., | (ECF No. 2) |
| Defendant. | TWENTY-ONE DAY DEADLINE |

On November 28, 2017, Plaintiff Heriberto Avila, Jr. ("Plaintiff") filed the complaint in this action. (ECF No. 1.) Plaintiff filed an application to proceed in forma pauperis without prepayment of the filing fee on the same day. (ECF No. 2.)

In order to proceed without prepayment of the filing fee, Plaintiff must submit an affidavit demonstrating that he "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). Plaintiff indicates that his gross wages are "EAD" and that his take-home pay is $172 per week. Plaintiff owns a home at 319 W. Huntsman in Reedley, CA and a 2007 Nissan Altima. However, the in forma pauperis application asks Plaintiff to state the value of the property and Plaintiff declined to answer the question. Plaintiff also declined to answer whether he receives income from other sources such as gifts, inheritances, disability, rent payments, etc. Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action.

1

1       Plaintiff is reminded that he must disclose any financial support he receives from others as part of his in forma pauperis application. All assets and sources of money must be disclosed. An in forma pauperis application must state sufficient information for the Court to determine the ability to pay the costs of litigation.

      Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

      Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **December 14, 2017**      /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE